# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| DONNA KAY MCINTYRE ) | CASE: G18-20351-JRS |
| ) | |
| ) | |
| **DEBTOR** ) | |

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS CASE

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

The Debtor's payments under the proposed plan are not current, thus indicating that this plan is not feasible. 11 U.S.C. Section 1325(a)(6).

2.

The plan as proposed will extend to eighty one (81) months, which exceeds the sixty (60) months allowed by 11 U.S.C. Section 1322(d).

3.

The Debtor has failed to provide to the Trustee a copy of the 2017 tax return filed with Internal Revenue Service in violation of 11 U.S.C. Section 521(e)(2)(A).

4.

The Trustee requests proof of the date the Debtor received her 2017 tax refund and an itemization of Debtor's use of the $5,200.00 tax refund. If payments were made to creditors or if assets were purchased, the Trustee requests proper disclosure of those items on the Debtor's statements and schedules. 11 U.S.C. Section 521(1), 11 U.S.C. Section 1325(a)(3), and 11 U.S.C. Section 1325(b)(1)(B).

5.

The Chapter 13 petition and schedules fail to disclose a 2000 Nissan Sentra, in violation of 11 U.S.C. Section 521.

6.

The Chapter 13 Schedules fail to include and notice a debt owed to Capital One in violation of Bankruptcy Rule 1007(a)(1), 11 U.S.C. Section 1325(a)(3) and 11 U.S.C. Section 342.

7.

The 2016(b) Disclosure Statement and the Chapter 13 plan are inconsistent with regard to the amount to be paid for attorney's fees upon pre-confirmation dismissal or conversion.

8.

The Chapter 13 plan proposes to pay $4,500.00 to the Debtor's attorney for payment of attorney fees. The Trustee is unable to determine whether this is a reasonable fee and requests that Debtor's counsel appear at Confirmation and be prepared to present evidence to the Court regarding the reasonableness of the requested fee.

9.

The Chapter 13 plan fails to provide for the contribution to the plan of the $196.00 per month budgeted lease expense upon expiration, thereby failing to provide all disposable income of the Debtor in violation of 11 U.S.C. Section 1325(b)(1)(B) and indicating a lack of good faith in proposing this repayment plan as required by 11 U.S.C. Section 1325(a)(3).

10.

The Chapter 13 plan fails to provide for the assumption or rejection of the executory contract with Rent-A-Center in violation of 11 U.S.C. Section 365(b)(1)(C).

11.

The plan fails to treat OneMain Financial Group, LLC in violation of 11 U.S.C. Section 1322(a) and/or 11 U.S.C. Section 502(a).

12.

The Debtor may receive income tax refunds during the applicable commitment period. These funds could assist the Debtor in completing the case and could be projected disposable income for unsecured creditors. The Debtor's plan fails to provide for these refunds to be paid to the plan during the correct years of the applicable commitment period. 11 U.S.C. Section 1325(a)(3) and 11 U.S.C. Section 1325(b)(1)(B).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's plan, and to dismiss the case.

This the 5th day of April, 2018.

Respectfully submitted,

/s/_____
Eric W. Roach
Attorney for the Chapter 13 Trustee
State Bar No. 143194

## CERTIFICATE OF SERVICE

Case No: G18-20351-JRS

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Objection To Confirmation And Motion To Dismiss Case by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s)**
DONNA KAY MCINTYRE
PO BOX 354
FLOWERY BRANCH, GA  30542

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Objection To Confirmation And Motion To Dismiss Case through the Court's Electronic Case Filing system.

**Debtor(s) Attorney:**
SLIPAKOFF & SLOMKA, PC
se@myatllaw.com

This the 5th day of April, 2018.

/s/_____
Eric W. Roach
Attorney for the Chapter 13 Trustee
State Bar No. 143194
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303