**IT IS ORDERED as set forth below:**



**Date: June 27, 2018**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE** | **:** | **CHAPTER 13** |
| **DONNA KAY MCINTYRE** | **:** | **CASE NO. G18-20351-JRS** |
| **DEBTOR** | **:** | |

**SUPPLEMENTAL ORDER OF CONFIRMATION**

The above and foregoing matter came before this Court for confirmation June 21, 2018 at 9:45 a.m., and the Trustee having objected to the confirmation of this case for failure of the Debtor to remit the 2017 tax refund to the Trustee and it appears that the Debtor and the Chapter 13 Trustee have entered into this Agreement to resolve the Trustee's objection, **IT IS HEREBY**

**ORDERED,** that Section 2.3 of the Chapter 13 plan is modified to include tax years 2018, 2019 and 2020.

The Clerk of the Court is directed to serve this Order on the parties included in the attached Distribution List.

**END OF DOCUMENT**

Presented by

\_\_\_\_/s/_____
Eric W. Roach
Attorney for Chapter 13 Trustee
GA Bar No. 143194
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
678.992.1201

Consented by

\_\_\_\_/s/_____
Howard Slomka
Attorney for Debtors
GA Bar No. 652875
Slipakoff & Slomka, PC
2859 Paces Ferry Rd, SE
Overlook III, Suite 1700
Atlanta, GA 30339
*Signed by Eric W. Roach*
*with express permission*

## **DISTRIBUTION LIST**

**Case No.: G18-20351-JRS**

**Debtor:**
Donna Kay McIntyre
P.O. Box 354
Flowery Branch, GA 30542

**Debtor's Attorney:**
Slipakoff & Slomka, PC
2859 Paces Ferry Rd, SE
Overlook III, Suite 1700
Atlanta, GA 30339

**Chapter 13 Trustee:**
Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA 30303