# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

IN RE:                              )          CASE NO. 18-20351-JRS
                                    )
DONNA KAY MCINTYRE                   )          CHAPTER 13
                                    )
     Debtor.                        )

## DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 7

The Debtor, pursuant to 11 U.S.C. § 1307(a), hereby elects to convert the above-captioned Chapter 13 case to a case under Chapter 7 of the United States Bankruptcy Code. The Debtors are entitled to convert their case because:

1. This case was filed on February 26, 2018 and has not been previously converted under 11 U.S.C. § 706 or 11 U.S.C. § 1112.

2. The Debtor is eligible to be a debtor under Chapter 7 of the United States Bankruptcy Code.

WHEREFORE, the Debtor prays for relief under Chapter 7 of the Bankruptcy Code.

END OF DOCUMENT

PREPARED AND PRESENTED BY:

_____/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-20351-JRS |
| | ) | |
| DONNA KAY MCINTYRE | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

THIS TO CERTIFY that I have this day served a true and correct copy of the DEBTOR'S MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7 on the following parties, by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage affixed thereon to insure proper delivery:

Nancy J. Whaley, 13 Trustee (served via ECF)
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Donna Kay McIntyre
Po Box 354
Flowery Branch, GA 30542

SEE ATTACHED FOR ADDITIONAL CREDITORS

Dated: January 18, 2019

_____/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

```
Label Matrix for local noticing          Afni, Inc.                             Capital Asset Recovery
113E-2                                    Po Box 3097                            P. O. Box 192585
Case 18-20351-jrs                         Bloomington, IL 61702-3097             Dallas, TX 75219-8523
Northern District of Georgia
Gainesville
Fri Jan 18 16:18:54 EST 2019

Genesis Financial Ltd                     Genesis Financial Solutions           (p)GEORGIA DEPARTMENT OF REVENUE
P.O. Box 6086                             PO Box 4865                            COMPLIANCE DIVISION
Gainesville, GA 30504-1000                Beaverton, OR 97076-4865               ARCS BANKRUPTCY
                                                                                 1800 CENTURY BLVD NE SUITE 9100
                                                                                 ATLANTA GA 30345-3202

Internal Revenue Service                  (p)JEFFERSON CAPITAL SYSTEMS LLC       Kent Miller Gynecology
PO Box 7346                               PO BOX 7999                            2350 Limestone Pkwy
Philadelphia, PA 19101-7346               SAINT CLOUD MN 56302-7999              Gainesville, GA 30501-2017

Donna Kay McIntyre                        Nissan Motor Acceptanc                 Nissan Motor Acceptance
PO BOX 354                                Po Box 660360                          POB 660366
Flowery Branch, GA 30542-0006             Dallas, TX 75266-0360                  Dallas, TX 75266-0366

(p)NORTHEAST GEORGIA MEDICAL CENTER       OneMain                                Onemain Financial
PO BOX 741891                             PO Box 3251                            300 Saint Paul Place
ATLANTA GA 30374-1891                     Evansville, IN 47731-3251              BSP13A
                                                                                 Baltimore, MD 21202-2120

Rent a Center                             Howard P. Slomka                       U. S. Attorney
423 East Main Street                      Slipakoff & Slomka, PC                 600 Richard B. Russell Bldg.
Cartersville, GA 30121-3349               Overlook III - Suite 1700              75 Ted Turner Drive, SW
                                          2859 Paces Ferry Rd, SE                Atlanta GA 30303-3315
                                          Atlanta, GA 30339-6213

US DEPT OF EDUCATION                      United Collection Serv                 Us Dept Of Ed/glelsi
CLAIMS FILING UNIT                        106 Commerce St Ste 101                Po Box 7860
PO BOX 8973                               Lake Mary, FL 32746-6217               Madison, WI 53707-7860
MADISON, WI 53708-8973

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303-1216


            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Georgia Department of Revenue             Jefferson Capital Syst                 (d)Jefferson Capital Systems LLC
Bankruptcy Division                       16 Mcleland Rd                         Po Box 7999
Post Office Box 161108                    Saint Cloud, MN 56303                  Saint Cloud Mn 56302-9617
Atlanta, GA 30321
```

Northeast Georgia Medical Ctr
PO Box 101054
Atlanta, GA 30392

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

 (d)Capital Asset Recovery                End of Label Matrix
P.O. Box 192585                           Mailable recipients     21
Dallas, TX 75219-8523                     Bypassed recipients      1
                                          Total                   22